

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

Appellate case name:      In re Boy Scouts of America and Sam Houston Area Council Boy Scouts of America

Appellate case number:    01-14-00653-CV

Trial court case number:   2013-02376

Trial court:              129th Judicial District Court of Harris County

On August 6, 2014, relators, Boy Scouts of America ("BSA") and Sam Houston Area Council Boy Scouts of America ("SHAC"), filed a mandamus petition and motion for emergency stay requesting that we stay the trial court's July 28, 2014 order compelling BSA and SHAC to produce the individuals listed in that order for depositions on or before August 7, 2014. Accordingly, we ORDER that the depositions listed in the trial court's July 28, 2014 order in the above-referenced trial court case are **stayed**. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the case in this Court is finally decided or the Court otherwise orders the stay lifted. Any party may file a motion for reconsideration of the stay. *See id.* at 52.10(c).

We further ORDER that the response to the mandamus petition by any real party in interest, if any, shall be due within 7 days of the date of this order.

It is so ORDERED.

Judge's signature: /s/ Chief Justice Sherry Radack
                       X  Acting individually     ☐  Acting for the Court

Date: August 6, 2014